IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN GRAY, <br> TDCJ-ID NO. 475245, <br><br> Petitioner, <br><br> v. <br><br> DOUG DRETKE, Director, <br> Texas Department of Criminal Justice, <br> Institutional Division, <br><br> Respondent. | § § § § § § § § § § § § § | CIVIL ACTION NO. H-05-3504 |

**FINAL JUDGMENT**

For the reasons stated in the Court's Memorandum on Dismissal entered this date, this action is DISMISSED without prejudice.

SIGNED at Houston, Texas, on this 3rd day of November, 2005.

*David Hittner*

_____

DAVID HITTNER

United States District Judge